DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELEUTERIO ORTIZ-OLIVO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2312

[October 12, 2017]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 1999CF000886A.

Eleuterio Ortiz-Olivo, Bowling Green, pro se.

No response required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***